# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADEEM MIRZA, an individual, | Case No. 2:19-cv-3903-CJC-MRW (Assigned for all purposes to the Hon. Cormac J. Carney) |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| SECURITAS SECURITY SERVICES USA, INC., a Delaware corporation; and DOES 1-50, inclusive, | Complaint Filed: March 25, 2019 |
| Defendants. | |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that:

The above action is hereby voluntarily dismissed, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii).

IT IS SO ORDERED:

DATED:    January 23, 2020

By: _____

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**